**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PETER HEINZ KAMILLO ROIGK,

                Plaintiff,
-against-                              25 **CIVIL** 3991 (LLS)

**JUDGMENT**

GERMANY (FRG), ET AL.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 30, 2025, the Court dismisses this action, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

      July 1, 2025

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                 **BY:**
                                            **Deputy Clerk**